# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Heidi Wiley,<br><br>            Plaintiff,<br><br>vs.<br><br>Screening Reports, Inc. a/k/a BetterNOI, LLC a/k/a BetterNOI,<br><br>            Defendant. | **CIVIL ACTION NO.**<br>**4:20-cv-00363-JAJ-SBJ**<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Heidi Wiley ("Plaintiff"), by counsel, and Defendant Screening Reports, Inc. a/k/a BetterNOI, LLC a/k/a BetterNOI ("Defendant"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: May 24, 2022 | Dated: May 24, 2022 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Thomas J Lyons Jr.<br>Sam Marks, Esq.<br>MARKS LAW FIRM<br>4225 University Avenue<br>Des Moines, IA 50311<br>Telephone: 515-276-7211<br>sam@markslawdm.com<br><br>Thomas J. Lyons, Jr., Esq.<br>MN Attorney I.D. #0249646<br>CONSUMER JUSTICE CENTER PA<br>367 Commerce Ct.<br>Vadnais Heights, MN 55127<br>Telephone: (651)770-9707 | /s/ Katherine Saldanha Olson<br>Joshua C. Dickinson, AT0009512<br>SPENCER FANE LLP<br>13520 California Street, Suite 290<br>Omaha, NE 68154<br>(402) 965-8600 (telephone)<br>(402) 965-8601 (facsimile)<br>jdickinson@spencerfane.com<br><br>Joseph S. Messer (IL 6200036)<br>Katherine Saldanha Olson<br>MESSER STRICKLER, LTD.<br>225 W. Washington St., Ste. 575<br>Chicago, IL 60606 |

<div style="columns: 2;">

Facsimile: (651)704-0907
tommy@consumerjusticecenter.com
(*Admitted Pro Hac Vice*)

*Attorneys for Plaintiff and the potential Class Members*

(312) 334-3440
(312) 334-3473 (fax)
jmesser@messerstrickler.com
kolson@messerstrickler.com

*Attorneys for Defendant Screening Reports*

</div>